IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SYLVESTER WILLIAMS**                                                                 **PLAINTIFF**

v.                               **CASE NO. 3:24-CV-00116-BSM**

**DOE**                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE